FILED

APR 01 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: BANK OF AMERICA CREDIT PROTECTION MARKETING & SALES PRACTICES LITIGATION, <br><br> JUAN AREVALO; et al., <br><br>    Plaintiffs - Appellees, <br><br>  v. <br><br> BEAU LOCHRIDGE, <br><br>    Objector - Appellant, <br><br>  V. <br><br> BANK OF AMERICA CORPORATION; et al., <br><br>    Defendants - Appellees. | No. 13-15170 <br><br> D.C. No. 3:11-md-02269-THE Northern District of California, San Francisco <br><br> ORDER |

SL/Mediation

Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

SL/Mediation